# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL HERNANDEZ,<br>   Petitioner,<br> v.<br>PAUL D. BRAZELTON, Warden,<br>   Respondent. | NO. CV 12-8716-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 4, 2015

                 _____
                 GEORGE H. WU
                 United States District Judge